FILED

05/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0563

---

JORY RUSSELL STRIZICH,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

---

## ORDER

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 10, 2024, within which to prepare, file, and serve its response brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 6 2024